**E-filed 5/1/07**

MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN (State Bar No. 191080)
ANDREW C. SULLIVAN (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
ndiller@morganlewis.com

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH
AMERICA, APPLE COMPUTER, INC. LONG
TERM DISABILITY PLAN, TRUSTEE OF THE
GROUP INSURANCE TRUST FOR EMPLOYERS
IN THE MANUFACTURING INDUSTRY LONG
TERM DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN JOSE

| | |
|---|---|
| RUSSELL WYLLIE,<br><br>        Plaintiff,<br><br>        vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, APPLE COMPUTER, INC. LONG TERM DISABILITY PLAN, TRUSTEE OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE MANUFACTURING INDUSTRY LONG TERM DISABILITY INCOME PLAN,<br><br>        Defendants. | Case No.: C 06-06922 JF HRL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

1
CASE NO.: C 06-06922 JF HRL
STIP OF DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| 1 | It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its own fees and costs. |

Dated: April 30, 2007             LAW OFFICES OF SILVER & TAUBE

By     /S/ Melvyn D. Silver
    Melvyn D. Silver
    Attorney for Plaintiff

Dated: April 30, 2007             MORGAN, LEWIS & BOCKIUS LLP

By     /S/ Donald P. Sullivan
    Donald P. Sullivan
    Andrew C. Sullivan
    Attorneys for Defendants

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: April 30, 2007             MORGAN, LEWIS & BOCKIUS LLP

By     /S/ Donald P. Sullivan
    Donald P. Sullivan
    Attorneys for Defendants

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

The above-captioned case is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: __5/1/07_____                    _____
    The Hon. Jeremy Fogel
    U.S. District Judge

1-SF/7542893.1